IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KARIM CLARKE,

      Petitioner,

v.                              Case No.  5D16-1241

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 3, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 11, 2014, judgment and sentence in Case No. 2014-CF-924, in the Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

LAWSON, C.J., TORPY, EDWARDS, JJ., concur.